**UNITED STATES of America, Plaintiff–Appellant,**

v.

**Torrio SANDERS, Defendant–Appellee.**

**No. 13–10434.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 12, 2014.

Filed Sept. 18, 2014.

Owen Peter Martikan, Assistant U.S., Barbara Valliere, Assistant U.S., San Francisco, CA, for Plaintiff–Appellant.

Ethan Atticus Balogh, Coleman, Balogh & Scott LLP, San Francisco, CA, for Defendant–Appellee.

Before: SCHROEDER and W. FLETCHER, Circuit Judges, and CURIEL, District Judge.*

MEMORANDUM **

The government appeals from the dismissal of an indictment charging Appellee Torrio Sanders as a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). After an extended colloquy with counsel that traced the history of the matter, the district court found there had been a constitutional violation. Under the appropriate legal standard, the court made the requisite findings. There was no clear error.

The appellee's motion to expand record and/or request for judicial notice is denied as moot.

**AFFIRMED.**

* The Honorable Gonzalo P. Curiel, United States District Judge for the Southern District of California, sitting by designation.
** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.